**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Manhattan Division

NAUNI MANTY, as Chapter 7 Trustee

      Plaintiff,                          M.P. No. 24-00408-mg

v.

Collective Minds Gaming Co, Ltd.,
      Defendant.

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

PLEASE TAKE NOTICE that Sarachek Law Firm hereby enters its appearance (the "Notice of Appearance") in the above-captioned case as counsel to SLFAQ LLC, the assignee of the judgment creditor.  On September 19, 2024, Chapter 7 Trustee and Judgment Creditor Nauni Manty executed an Asset Purchase Agreement, (the "APA") which, *inter alia*, assigned all right, title and interest in and to the Judgment registered herein [ECF 1] to buyer SLFAQ, LLC ("SLFAQ" or the "Assignee"), pursuant to the Acknowledgment of Assignment of Judgment filed herewith.

This notice is filed pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure. By this Notice of Appearance, Sarachek Law Firm requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

      Attn: Zachary E. Mazur, Esq.
      Sarachek Law Firm
      670 White Plains Road, Penthouse Suite
      Scarsdale, NY 10583
      Telephone: 646 519-4396
      Email: zachary@saracheklawfirm.com
            joe@saracheklawfirm.com

PLEASE TAKE FURTHER NOTICE that this constitutes not only a request for service of the notices and papers specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise.

Dated: October 24, 2024

**SARACHEK LAW FIRM**

*/s/ Zachary E. Mazur*
Zachary E. Mazur, Esq. *pro hac vice pending*
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583
Telephone: 646 519-4396
Email: zachary@saracheklawfirm.com

*Attorneys for the Assignee SLFAQ LLC*